FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL -1 PM 3: 05

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-007 |
| | ) | |
| DOUG WILLIAMS, Individually and in his Official Capacity; TINA SANDERS, Individually and in her Official Capacity; AUGUSTA INMAN, Individually and in his Official Capacity; and LT. STRONG, Individually and in his Official Capacity, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 12). Although Plaintiff alleges in his objections that he has stated a viable claim against Defendant Sanders due to her "failure to institute policy and procedure for emergency situations," such a claim, even credited, falls far short of the requirement that Plaintiff allege direct involvement by the prison official or widespread abuse sufficient to put the official on notice. See Hartley v. Parnell, 193 F.3d 1263, 1269 (11th Cir. 1999). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and

**DISMISSES** Defendants Sanders, Williams, and Inman with prejudice from this case.

SO ORDERED this 1st day of July, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE