IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-007 |
| | ) | |
| LT. STRONG, Individually and in | ) | |
| his Official Capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, an inmate incarcerated at Dodge State Prison in Chester, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on court officials to effect service. See 28 U.S.C. § 1915(d).

On June 1, 2015 the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and directed the United States Marshal to mail Defendant Strong the complaint and waiver of service forms so that Defendant could waive formal service of the summons. (Doc. no. 10, p. 3) The Marshal attempted to contact Defendant Strong through mailing the waiver forms to Dodge State Prison, but Defendant Strong has apparently retired. (Doc. no. 14, p. 1.) The Marshal also mailed waiver forms to a different address given by the prison but the waiver forms went unclaimed. The Marshal has recently received another mailing

address from Dodge State Prison that allegedly belongs to Defendant Strong. (See doc. no. 14, p. 3.)

Given the difficulty of obtaining a valid address for Defendant Strong, the Court will extend the time of service until December 15, 2015. See Fed. R. Civ. P. 4(m); Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132 (11th Cir. 2005) (permitting extension of 120-day service period, even in absence of good cause). Further, the Court **DIRECTS** the United States Marshal to mail a copy of the complaint (doc. no. 1), the Court's June 1, 2015 Order, and waiver forms by first class mail to P.O. Box 4513, Chester, Georgia 31012. Fed. R. Civ. P. 4(d). The Court **DIRECTS** the Marshal to update the Court on the status of service by December 3, 2015.

SO ORDERED this 5th day of November, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA