IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-007 |
| | ) | |
| LT. STRONG, Individually and in his Official Capacity, | ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's motion for an order directing the Commissioner of the Georgia Department of Corrections to provide Defendant's home address. (Doc. no. 15.) This motion was made in response to an unexecuted return for Defendant as to a mailed waiver of service of the complaint. (Doc. no. 14.) On February 5, 2016, the Court ordered the United States Marshal to personally serve Defendant, and Defendant was subsequently served. (Doc. no. 19.) Accordingly, the Court **DENIES AS MOOT** Plaintiff's motion. (Doc. no. 15.)

SO ORDERED this 28th day of March, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA