IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DERRICK DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-007 |
| | ) | |
| LT. STRONG, Individually and in | ) | |
| his Official Capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, an inmate incarcerated at Hancock State Prison in Sparta, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983, concerning events that occurred at Dodge State Prison. In a prior Order, the Court ordered personal service to be made upon Defendant. (Doc. no. 18.) However, it appears that a summons was not served upon Defendant. (Doc. no. 19.)

Accordingly, the Court **DIRECTS** the U.S. Marshal to use reasonable efforts to effect personal service of process on Defendant within thirty days of the date of this Order. Service shall be effected in accordance with the Court's Order of June 1, 2015, except that the Marshal shall not request that Defendant waive formal service of the summons but shall serve Defendant with a summons and complaint notifying him of the lawsuit and giving him a time period in which to answer. Accordingly, the Marshal shall serve on Defendant a civil

summons, a copy of the complaint, the Court's June 1st Order, and a copy of this Order. The Marshal is **FURTHER DIRECTED** to notify the Court within thirty days of the date of this Order whether Defendant has been located and served.

SO ORDERED this 2nd day of May, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA