IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DERRICK DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-007 |
| | ) |
| LT. STRONG, Individually and in | ) |
| his Official Capacity, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

*Pro se* Plaintiff has submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983 and is proceeding *pro se* and *in forma pauperis*. Defendant filed a motion to dismiss on August 11, 2016 to which Plaintiff has failed to respond. (Doc. no. 33.)

A motion to dismiss is dispositive in nature, meaning that the granting of a motion to dismiss results in the dismissal of individual claims or an entire action. Plaintiff must respond to the motion to dismiss within fourteen days of service of the motion, and if Plaintiff fails to respond, the motion will be deemed unopposed and granted, resulting in the dismissal of the claims that are the subject matter of the motion. See Loc. R. 7.5. However, given that Plaintiff's time to respond in this case has already expired, the Court will give Plaintiff until September 13, 2016 to file a response to the motion. To assure that Plaintiff's response is made with fair notice of the requirements of the Federal Rules of Civil Procedure

regarding motions to dismiss, generally, and motions to dismiss for failure to state a claim upon which relief may be granted, the Court **DIRECTS** the **CLERK** of **COURT** to attach a copy of Fed. R. Civ. P. 12 and 41 to Plaintiff's service copy of this Order.

SO ORDERED this 30th day of August, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA